In The

# United States District Court

## For the Northern District Of Illinois, Eastern Division

JOHN F. TAMBURO )
      *Plaintiff* )
       )
*-against-* )
       ) Case Number: **10-CV-2748**
NCO FINANCIAL SYSTEMS, INC. ) **Judge Pallmeyer**
      *Defendant* ) **Magistrate Judge Schenkier**

### PLAINTIFF'S MOTION TO STRIKE
### THE DEFENDANT'S AFFIRMATIVE DEFENSES

      NOW COMES BEFORE THIS HONORABLE COURT your Plaintiff, John F. Tamburo ("John"), appearing *pro se* and respectfully moving this court to strike the Affirmative Defenses against the Complaint, as filed by the Defendant on May 26, 2010.  In support of his motion, John states:

1.    The First Amended Complaint  (ECF Doc. No. 1) was filed on May 1, 2010, and duly served upon the Defendant's agent in Chicago.

2.    On May 26, 2010, Defendant filed an answer to the Complaint (ECF Doc. No. 8); said answer included five affirmative defenses.

3.    As set forth in the attached memorandum of law, the Defendant's affirmative defenses are bare conclusions and therefore in violation of Fed. R. Civ. P. 8(a), or fail to state a claim.  They must all therefore be stricken.

**RELIEF**

Wherefore, PREMISES CONSIDERED, John respectfully prays that this court strike all

of the Defendant's affirmative defenses.

DATED May 26, 2010:

/s/ John F. Tamburo_____
John F. Tamburo
Plaintiff
PO Box 1656
Frankfort IL 60423
815-464-5010