# In The
# United States District Court
## For the Northern District Of Illinois, Eastern Division

| | | |
|---|---|---|
| JOHN F. TAMBURO | ) | |
| *Plaintiff* | ) | |
| | ) | |
| -against- | ) | |
| | ) | Case Number: **10-CV-2748** |
| NCO FINANCIAL SYSTEMS, INC. | ) | **Judge Pallmeyer** |
| *Defendant* | ) | **Magistrate Judge Schenkier** |

### PLAINTIFF'S MOTION TO STRIKE
### THE DEFENDANT'S <u>AMENDED</u> AFFIRMATIVE DEFENSES

NOW COMES BEFORE THIS HONORABLE COURT your Plaintiff, John F. Tamburo ("John"), appearing *pro se* and respectfully moving this court to strike the Affirmative Defenses against the Complaint, as filed by the Defendant on May 26, 2010. In support of his motion, John states:

1. The Complaint (ECF Doc. No. 1) was filed on May 1, 2010, and duly served upon the Defendant's agent in Chicago.

2. On May 26, 2010, Defendant filed an answer to the Complaint (ECF Doc. No. 8); said answer included five affirmative defenses.

3. On May 26, 2010 Plaintiff filed his motion to strike those five affirmative defenses (ECF Doc. No. 11). On June 3, 2010, this court granted the aforementioned motion without prejudice.

4. On June 17, 2010, Defendants filed an amended answer asserting two amended affirmative defenses.

1

5. As set forth in the attached memorandum of law, the Defendant's affirmative defenses fail to state a claim under applicable law. They must all therefore be stricken.

6. It is futile to grant the defendants leave to file a second amended set of affirmative defenses; Plaintiff respectfully prays that this court grant Plaintiff's motion with prejudice.

## RELIEF

Wherefore, PREMISES CONSIDERED, John respectfully prays that this court strike all of the Defendant's amended affirmative defenses.

DATED June 20, 2010:

/s/ John F. Tamburo_____
John F. Tamburo
Plaintiff
PO Box 1656
Frankfort IL 60423
815-464-5010