## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 2748 | **DATE** | 7/1/2010 |
| **CASE TITLE** | Tamburo vs. NCO Financial Systems, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 7/1/10. Motion by plaintiff to strike the defendant's amended affirmative defenses [17] is entered and continued to 7/13/10 at 9:00 a.m. Parties are encouraged to pursue settlement efforts.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | LCW |
|---|---|---|