# In The
# United States District Court
## For the Northern District Of Illinois, Eastern Division

| | | |
|---|---|---|
| JOHN F. TAMBURO | ) | |
| *Plaintiff* | ) | |
| | ) | |
| -against- | ) | |
| | ) | Case Number: **10-CV-2748** |
| NCO FINANCIAL SYSTEMS, INC. | ) | **Judge Pallmeyer** |
| *Defendant* | ) | **Magistrate Judge Schenkier** |

### PLAINTIFF'S <u>UNOPPOSED</u> MOTION TO DISMISS

**NOW COMES** your Plaintiff, appearing *pro se* to move this honorable court as follows:

1. This case was commenced on May 25, 2010, and the Defendant was notified of the case.

2. After negotiation, the parties have settled all claims in a confidential settlement agreement.

3. Defendant does not oppose this motion.

WHEREFORE, Your Plaintiff respectfully prays that this court dismiss this case with prejudice and each party to bear its own costs pursuant to settlement.

DATED: July 18, 2010:

/s/ John F. Tamburo_____
John F. Tamburo
Plaintiff
PO Box 1656
Frankfort IL 60423
815-464-5010