# In The
# United States District Court
## For the Northern District Of Illinois, Eastern Division

| | | |
|---|---|---|
| JOHN F. TAMBURO | ) | |
| *Plaintiff* | ) | |
| | ) | |
| *-against-* | ) | |
| | ) | Case Number: **10-CV-2748** |
| NCO FINANCIAL SYSTEMS, INC. | ) | **Judge Pallmeyer** |
| *Defendant* | ) | **Magistrate Judge Schenkier** |

### NOTICE OF *UNOPPOSED* MOTION

TO: Mr. James Schultz, Esq.
Sessions, Fishman, Nathan & Israel, LLC
55 West Monroe, Ste. 1120
Chicago, IL 60603

**PLEASE TAKE NOTICE** that on **July 28, 2010, at 9:00 A.M.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Rebecca R. Pallmeyer, or any Judge sitting in his/her stead in Courtroom 2118, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present **PLAINTIFF'S UNOPPOSED MOTION TO DISMISS,** a copy of which is served upon you.


/s/ John F. Tamburo_____
John F. Tamburo, Plaintiff
PO Box 1656
Frankfort IL 60423
815-464-5010

## PROOF OF SERVICE

I, JOHN F. TAMBURO, Plaintiff in this matter, do on penalty of perjury set forth in 28 USC § 1746, certify that on **July 18, 2010**, I electronically filed the above and foregoing **NOTICE OF MOTION and MOTION TO STRIKE ALL AMENDED AFFIRMATIVE DEFENSES WITH MEMORANDUM OF LAW** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.


/s/ John F. Tamburo_____
John F. Tamburo, Plaintiff