Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 2748 | **DATE** | 7/19/2010 |
| **CASE TITLE** | John F. Tamburo vs. NCO Financial Systems, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's unopposed motion to dismiss [22] granted. Case is dismissed with prejudice and each party to bear its own costs pursuant to settlement. Rule 16 conference and Plaintiff's motion to strike the Defendant's amended affirmative defenses [17] are stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|